# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1667
Lower Tribunal Nos. F12-27087, & F13-2506

_____

**Carrie Jones,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Carrie Jones, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See <u>Kelley v. State</u>, 309 So. 3d 306, 311 (Fla. 2d DCA 2020) ("Because [appellant] was originally subject to the twenty-five-year mandatory minimum sentence before she entered into the plea agreement with the State, she was appropriately subject to it once her probation was revoked."); <u>see also</u> <u>Foulks v. State</u>, 306 So. 3d 1178, 1185 (Fla. 3d DCA 2020) ("[W]hen the State seeks to impose the [prison release reoffender "PRR"] sentence and proves the PRR designation by a preponderance of the evidence before resentencing an offender that was originally facing a PRR sentence, the court is required to impose the minimum mandatory sentence. . . .  Aside from the fact that there is no basis in Florida law for a permanent PRR waiver, [appellant's] violation of probation would have nullified the State's waiver under traditional contract principles.").